UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | IN CHAPTER 13 PROCEEDINGS |
| | ) | |
| JAMES L. HOOPER, J and | ) | |
| CAROL L. HOOPER | ) | NO: 06-70806 |
| | ) | |
| Debtor(s). | ) | |

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE is hereby given that a hearing in said cause will be held at Room 115 Federal Bldg., 211 S. Court Street, Rockford, Illinois, on the 7th day of July, 2006, at 11:00 a.m. to consider and act upon the following matters:

Hold hearing on Attorney's Application for Compensation, a copy of which is attached hereto and made a part hereof

and transact such other business as may properly come before the hearing.

_____
JEFFRY A. DAHLBERG
Attorney for Debtor

JEFFRY A. DAHLBERG
BALSLEY & DAHLBERG, LLP.
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: JAMES L., JR. & CAROL L. HOOPER )
Debtor(s) )

Case No. 06-70806
Hearing Date: July 7, 2006

**ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)**

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Model Retention Agreement:** ☐ The attorney and the debtor(s) have entered into the Court's Model Retention Agreement, using
☐ Option A (flat fee for services through confirmation)
☑ Option B (flat fee for services through case closing).
☑ The attorney and the debtor(s) have not entered into the Court's Model Retention Agreement.

**Fees in prior case(s):** ☑ The attorney has not represented the debtor(s) in any prior bankruptcy case.
☐ The attorney has represented the debtor(s) in prior bankruptcy cases as follows:
Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No Fees received $ _____
Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No Fees received $ _____
Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No Fees received $ _____

**Fees sought in present case:**
☐ $_____, for services through plan confirmation.
☑ $3000.00, for services through case closing.
☐ $_____, for services after plan confirmation.

**Expense reimbursement:** ☐ $_____, for filing fee.
☐ $_____, for _____.
Total reimbursement requested: $_____.

**Payment received directly from debtor:** ☑ None    ☐ $_____.

**Compensation previously awarded:** ☑ None
☐ a total of $_____, pursuant to order(s) entered on the following dates: _____.

**Plan payments:** $665.00 for 36 months.

**Secured debt:** ☐ None    ☑ home mortgage(s) in default    ☑ motor vehicle loans
☐ Other: _____.

**Unsecured debt:** _____ No. of claims: _____ Total amount: $19307.00
To be paid under plan 0%

**Professional time expended:** _____ attorney hours; _____ paraprofessional hours.

**Itemization of time:** ☑ Not Submitted    ☐ Attached to this application.

**Hourly rates:** $_____ attorney; $_____ paraprofessional.

**Date of Application:** _____

Attorney's signature: [signature]
JEFFRY A. DAHLBERG

Form No. 23, revised 07/12/04

BALSLEY & DAHLBERG, LLP
5130 North Second Street
Loves Park, IL 61111

FORM B9I (Chapter 13 Case) (10/05)                                                                  Case Number 06-70806

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on May 11, 2006.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| James L Hooper Jr.<br>fdba Hopp's Automotive Services<br>333 S. Memorial Avenue<br>Rockford, IL 61102 | Carol L Hooper<br>333 S. Memorial Avenue<br>Rockford, IL 61102 |
| Case Number:<br>06-70806 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>[redacted] |
| Attorney for Debtor(s) (name and address):<br>Jeffry A. Dahlberg<br>Balsley and Dahlberg, LLP<br>5130 N Second St<br>Loves Park, IL 61111<br>Telephone number: 815 877-2593 | Bankruptcy Trustee (name and address):<br>Lydia Meyer<br>Lydia Meyer – 13 Trustee<br>P.o. Box 14127<br>Rockford, IL 61105-4127<br>Telephone number: 815-968-5354 |

## Meeting of Creditors:
**Date: June 13, 2006**                                Time: **10:00 AM**
Location: **308 West State Street, Room 40, Rockford, IL 61101**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **September 11, 2006**       For a governmental unit: **November 7, 2006**

#### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **July 7, 2006**, Time: **11:00 AM**, Location: **211 South Court Street, Room 115, Rockford, IL 61101**

The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ **3000.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: August 14, 2006

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Western Division<br>211 S. Court Street<br>Rockford, IL 61101<br>Telephone number: 1-888-232-6814 | For the Court:<br>Clerk of the Bankruptcy Court<br>Kenneth S. Gardner |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: May 12, 2006 |

RECEIVED MAY 18 2006 BY:

## PROOF OF SERVICE

The undersigned certifies that copy of the foregoing Application for Compensation, proposed Order, Notice of First Meeting of Creditors and Notice to Creditors were sent to the Debtor and Lydia S. Meyer (electronically via Pacer Service Center) by enclosing true copies thereof, addressed as indicated on the 28th day of _____June_____, 2006.

_____

JEFFRY A. DAHLBERG
BALSLEY & DAHLBERG, LLP.
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Attorney for Debtor(s).