# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES L. HOOPER, JR. & CAROL L. HOOPER  Case Number: 06-70806
333 S. MEMORIAL AVENUE   SSN-xxx-xx-7006 & xxx-xx-3626
ROCKFORD, IL  61102

Case filed on: 5/11/2006
Plan Confirmed on: 7/21/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $5,320.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 2,350.90 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,350.90 | 0.00 |
| 017 | JAMES L. HOOPER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES L. HOOPER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS FINANCE | 6,597.18 | 5,000.00 | 1,896.49 | 448.78 |
| 002 | WELLS FARGO BANK NA | 10,032.63 | 347.27 | 347.27 | 0.00 |
| 016 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 16,629.81 | 5,347.27 | 2,243.76 | 448.78 |
| 001 | CITIZENS FINANCE | 0.00 | 1,597.18 | 0.00 | 0.00 |
| 003 | CAVALRY PORTFOLIO SERVICES LLC | 1,061.31 | 1,061.31 | 0.00 | 0.00 |
| 004 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS STUDENT ASSISTANCE COMM | 12,047.88 | 12,047.88 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 1,345.90 | 1,345.90 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 441.25 | 441.25 | 0.00 | 0.00 |
| 008 | NATIONAL ACCOUNT OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 1,601.28 | 1,601.28 | 0.00 | 0.00 |
| 011 | R&B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SWEDISH AMERICAN HOSPITAL | 6,863.88 | 6,863.88 | 0.00 | 0.00 |
| 013 | ILLINOIS STUDENT ASSISTANCE COMM | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ILLINOIS STUDENT ASSISTANCE COMM | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS STUDENT ASSISTANCE COMM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,361.50 | 24,958.68 | 0.00 | 0.00 |
|  | Grand Total: | 42,991.31 | 33,305.95 | 4,594.66 | 448.78 |

Total Paid Claimant: $5,043.44
Trustee Allowance: $276.56
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007        By  /s/Heather M. Fagan